DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY O'TOOLE,**
Appellant,

v.

**JORGE FERNANDEZ, GOODWILL INDUSTRIES OF SOUTH FLORIDA,**
and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellees.

No. 4D21-1427

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE14-019682.

Christopher J. Bailey of Counsel to Billera Law, PLLC, Boca Raton, for appellant.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***